UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| BRADLEY SANDEFUR, | Case No. 3:21-cv-00125-MMD-WGC |
|---|---|
| Petitioner, | ORDER |
| v. | |
| KYLE OLSEN, *et al.*, | |
| Respondents. | |

This action is a petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2254, by Petitioner Bradley Sandefur, an individual incarcerated at Nevada's Warm Springs Correctional Center. Petitioner initiated this action on March 12, 2021, by submitting his habeas petition (ECF No. 1-1), along with an application to proceed *in forma pauperis* (ECF No. 1) and a motion for appointment of counsel (ECF No. 1-2).

Petitioner's application to proceed *in forma pauperis* is incomplete, in that it does not include the required financial certificate, signed by an authorized prison officer. *See* Local Rule LSR 1-2. The Court will, therefore, deny the application to proceed *in forma pauperis*, without prejudice to Petioner filing a new application.

The Court will grant Petitioner time to either pay the filing fee for this action or file a new application to proceed *in forma pauperis*. If Petitioner wishes to pay the filing fee, he must have $5 sent to the Clerk of the Court, with a cover letter indicating the case number of this action. If Petitioner fails to pay the filing fee or file a new *in forma pauperis* application within the time allowed, this action will be dismissed.

It is therefore hereby ordered that the application to proceed *in forma pauperis* (ECF No. 1) is denied, without prejudice.

///

1 It is further ordered that Petitioner will have 45 days from the date of this Order to either pay the $5 filing fee for this action as instructed above or file a fully completed application to proceed *in forma pauperis*, including the required financial certificate.

It is further ordered that the Clerk of the Court is directed to send to Petitioner, along with a copy of this Order, two form *in forma pauperis* applications.

DATED THIS 16th Day of March 2021.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE