UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| BRADLEY SANDEFUR, | Case No. 3:21-cv-00125-MMD-WGC |
| Petitioner, | ORDER |
| v. | |
| KYLE OLSEN, *et al.*, | |
| Respondents. | |

In this habeas corpus action, *pro se* Petitioner Bradley Sandefur filed an application to proceed *in forma pauperis* (ECF No. 4) on April 2, 2021. The financial certificate filed with the application shows that Sandefur is able to pay the filing fee. The application will therefore be denied. Sandefur will be required to pay the $5 filing fee.

It is therefore ordered that Petitioner's application to proceed *in forma pauperis* (ECF No. 4) is denied.

It is further ordered that Sandefur will have until and including May 14, 2021, to pay the $5 filing fee for this action. To pay the filing fee, Sandefu must make the necessary arrangements to have a check for $5 sent to the Court, along with a copy of this Order or some other indication that the filing fee is for this action.

DATED THIS 5th Day of April 2021.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE