# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BRADLEY SANDEFUR, | Case No. 3:21-cv-00125-MMD-WGC |
| Petitioner, | ORDER |
| v. | |
| KYLE OLSEN, *et al.*, | |
| Respondents. | |

In this *habeas corpus* action, *pro se* Petitioner Bradley Sandefur had until May 14, 2021, to pay the $5 filing fee. (ECF No. 5.) On May 19, 2021, Sandefur filed a motion for extension of time (ECF No. 6) requesting an extension of time to do so. The Court finds that there is good cause for the extension of time Sandefur requests, and that he has shown excusable neglect for filing the motion for extension of time after the expiration of the deadline. *See* LR IA 6-1(a).

It is therefore ordered that Sandefur's motion for extension of time (ECF No. 6) is granted. Sandefur will have until and including June 25, 2021, to pay the $5 filing fee for this action. To pay the filing fee, Sandefur must make the necessary arrangements to have a check for $5 sent to the Court, along with a copy of this Order or some other indication that the filing fee is for this action (Case No. 3:21-cv-00125-MMD-WGC).

DATED THIS 20th Day of May 2021.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE