UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BRADLEY SANDEFUR,<br><br>　　　　　　Petitioner,<br><br>　v.<br><br>KYLE OLSEN, *et al.*,<br><br>　　　　　　Respondents. | Case No. 3:21-cv-00125-MMD-WGC<br><br>ORDER |

In this habeas corpus action, Respondents filed a motion to dismiss on December 14, 2021. (ECF No. 17.) *Pro se* Petitioner Bradley Sandefur was due to respond to the motion to dismiss by February 14, 2022. (ECF No. 9.)

On January 20, 2022, Sandefur filed a motion for extension of time (ECF No. 24 ("Motion")), requesting a 60-day extension to respond to the motion to dismiss. Sandefur explains that the extension of time is necessary due to delays in his research caused by restrictions from the COVID-19 pandemic at the prison where he is incarcerated. The Court finds that the Motion is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

It is therefore ordered that Sandefur's Motion for Extension of Time (ECF No. 24) is granted. Sandefur will have until and including April 15, 2022, to file his response to the motion to dismiss (ECF No. 17). In all other respects, the schedule for further proceedings set forth in the order entered July 2, 2021 (ECF No. 9) will remain in effect.

DATED THIS 21st Day of January 2022.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE