# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BRADLEY SANDEFUR,<br><br>　　　　　Petitioner,<br>　v.<br>KYLE OLSEN, *et al.*,<br><br>　　　　　Respondents. | Case No. 3:21-cv-00125-MMD-CSD<br><br>ORDER |

In this habeas corpus action, Respondents filed a motion to dismiss on December 14, 2021. (ECF No. 17.) *Pro se* Petitioner Bradley Sandefur is due to respond to the motion to dismiss by April 15, 2022. (ECF Nos. 9, 25.)

On March 18, 2022, Sandefur filed a motion for extension of time (ECF No. 28 ("Motion")), requesting an extension of time to May 20, 2022, to respond to the motion to dismiss. Sandefur explains that the extension of time is necessary because of delay of his research resulting from the COVID-19 pandemic. The Court finds that the Motion is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

It is therefore ordered that Sandefur's Motion for Extension of Time (ECF No. 28) is granted. Sandefur will have until and including May 20, 2022, to file his response to the motion to dismiss. In all other respects, the schedule for further proceedings set forth in the order entered July 2, 2021 (ECF No. 9) will remain in effect.

DATED THIS 23rd Day of March 2022.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE