1

2

3
UNITED STATES DISTRICT COURT

4
DISTRICT OF NEVADA

5
BRADLEY SANDEFUR,                          Case No. 3:21-cv-00125-ART-CSD

6
Petitioner,              ORDER

v.

7
FERNANDEIS FRAZIER, *et al.*,

8
Respondents.

9

10        In this habeas corpus action, Respondents filed a motion to dismiss on

11   December 14, 2021. (ECF No. 17.) Petitioner Bradley Sandefur, currently pro se,

12   was due to respond to the motion to dismiss by May 20, 2022. (ECF Nos. 9, 25,

13   29.) Sandefur filed a motion for extension of time (ECF No. 32) on May 17, 2022,

14   requesting a third extension of time, of 60 days, to July 19, 2022, to respond to

15   the motion to dismiss.

16        The Court has examined the habeas petition and the motion to dismiss and

17   determines that appointment of counsel is in the interests of justice. *See Chaney*

18   *v. Lewis*, 801 F.2d 1191, 1196 (9th Cir. 1986) (district court has discretion to

19   appoint counsel when it determines that interests of justice so require). The Court

20   will appoint counsel to represent Sandefur.

21        As Sandefur will have an opportunity to amend his habeas petition with

22   the benefit of appointed counsel, the appointment of counsel renders moot

23   Respondents' motion to dismiss Sandefur's original habeas petition, as well has

24   Sandefur's motion for a third extension of time to respond to the motion to

25   dismiss; those motions will be denied as moot.

26        After appointed counsel appears for Sandefur, the Court will enter an order

27   setting a schedule for further proceedings, including the filing of an amended

28   habeas petition.

1    It is therefore ordered that the Federal Public Defender for the District of

2  Nevada (FPD) is appointed to represent the petitioner in this action. If the FPD is

3  unable to represent the petitioner, due to a conflict of interest or other reason,

4  then alternate counsel will be appointed. In either case, counsel will represent

5  the petitioner in all federal-court proceedings relating to this matter, unless

6  allowed to withdraw.

7    It is further ordered that the Clerk of the Court is directed to electronically

8  serve upon the FPD a copy of this order, together with a copy of the petition for

9  writ of habeas corpus (ECF No. 10).

10    It is further ordered that the FPD shall, within 30 days from the date of this

11  order, file a notice of appearance, or indicate to the Court that office's inability to

12  represent the petitioner.

13    It is further ordered that Respondents' Motion to Dismiss (ECF No. 17) is

14  denied as moot.

15    It is further ordered that Petitioner's Request for an Extension of Time (ECF

16  No. 32) is denied as moot.

17    It is further ordered that, pursuant to Federal Rule of Civil Procedure 25(d),

18  Fernande is Frazier is substituted for Kyle Olsen as the respondent warden. The

19  Clerk of the Court is directed to update the docket to reflect this change.

20    DATED THIS 15th day of June, 2022.

21

22

23  _____
    ANNE R. TRAUM
    UNITED STATES DISTRICT JUDGE

24

25

26

27

28