UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRADLEY SANDEFUR, | Case No. 3:21-cv-00125-ART-CSD |
| Petitioner, | ORDER |
| v. | |
| FERNANDEIS FRAZIER, *et al.*, | |
| Respondents. | |

In this habeas corpus action, Petitioner Bradley Sandefur, represented by appointed counsel, was due to file an amended habeas petition by October 17, 2022. (*See* ECF No. 35.) On October 17, 2022, Sandefur filed a motion for extension of time (ECF No. 36), requesting an extension of 60 days, to December 16, 2022. Sandefur's counsel explains that the extension of time is necessary because of his obligations in other cases, because of his administrative duties, and for personal health reasons. Sandefur's counsel represents that Respondents do not oppose the extension of time.

The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the requested extension of time.

///
///
///
///
///
///
///
///

1

It is therefore ordered that Petitioner's Motion for Extension of Time (ECF No. 36) is granted. Petitioner will have until and including December 16, 2022, to file his amended habeas petition. In all other respects, the schedule for further proceedings set forth in the order entered July 18, 2022 (ECF No. 35) will remain in effect.

DATED THIS 30th day of November, 2022.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE