UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRADLEY SANDEFUR,<br><br>　　　　　　　　　　Petitioner,<br><br>　　v.<br><br>FERNANDEIS FRAZIER, *et al.*,<br><br>　　　　　　　　　　Respondents. | Case No. 3:21-cv-00125-ART-CSD<br><br>ORDER |

In this habeas corpus action, after a 90-day initial period (*see* ECF No. 35) and a 60-day extension of time (*see* ECF No. 37), Petitioner Bradley Sandefur, represented by appointed counsel, was due to file an amended habeas petition by December 16, 2022. On December 15, 2022, Sandefur filed a motion for extension of time (ECF No. 38), requesting another 60-day extension of time, to February 14, 2023. Sandefur's counsel explains that the extension of time is necessary because of the time it is taking to investigate this case, because of his obligations in other cases, because of his administrative duties, and for personal reasons. Sandefur's counsel represents that Respondents do not oppose the extension of time.

The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the requested extension of time.

///

///

///

///

///

It is therefore ordered that Petitioner's Motion for Extension of Time (ECF No. 38) is granted. Petitioner will have until and including February 14, 2023, to file his amended habeas petition. In all other respects, the schedule for further proceedings set forth in the order entered July 18, 2022 (ECF No. 35) will remain in effect.

DATED THIS 22nd day of December, 2022.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE