UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRADLEY SANDEFUR, | Case No. 3:21-cv-00125-ART-CSD |
| Petitioner, | ORDER |
| v. | |
| FERNANDEIS FRAZIER, *et al.*, | |
| Respondents. | |

In this habeas corpus action, after a 90-day initial period (*see* ECF No. 35), and two 60-day extensions of time (ECF Nos. 37, 39), Petitioner Bradley Sandefur, represented by appointed counsel, was due to file an amended habeas petition by February 14, 2023. On February 13, 2023, Sandefur filed a motion for extension of time (ECF No. 40), requesting a further 62-day extension of time, to April 17, 2023. Sandefur's counsel explains that the extension of time is necessary because of the time it is taking to investigate this case, because of his obligations in other cases, and because of his administrative duties. Sandefur's counsel represents that Respondents do not oppose the extension of time.

The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the requested extension of time.

///
///
///
///
///
///

1    It is therefore ordered that Petitioner's Motion for Extension of Time (ECF No. 40) is granted. Petitioner will have until and including April 17, 2023, to file his amended habeas petition. In all other respects, the schedule for further proceedings set forth in the order entered July 18, 2022 (ECF No. 35) will remain in effect.

DATED THIS 15th day of February, 2023.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE