UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRADLEY SANDEFUR,<br><br>                           Petitioner,<br><br>   v.<br><br>NETHANJAH BREITENBACH, *et al.*,<br><br>                         Respondents. | Case No. 3:21-cv-00125-ART-CSD<br><br>ORDER |

       This action is a petition for writ of habeas corpus by Bradley Sandefur, an individual incarcerated at the Northern Nevada Correctional Center. On June 15, 2022, the Court appointed counsel for Sandefur—the Federal Public Defender for the District of Nevada ("FPD"). (*See* ECF Nos. 33, 34.) The Court entered a scheduling order (ECF No. 35) giving Sandefur time to file an amended habeas petition with the assistance of counsel and setting a schedule for further proceedings beyond that. After extensions of time, the amended petition was to be filed by April 17, 2023. (*See* ECF Nos. 37, 39, 41.)

       On April 13, 2023, the FPD filed on Sandefur's behalf a Notice of Voluntary Dismissal (ECF No. 44). In that notice, Sandefur states that he chooses to voluntarily dismiss this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Respondents did not respond to Sandefur's notice.

       It is therefore ordered that this action is dismissed. The Clerk of the Court is directed to enter judgment accordingly.

///

///

///

///

1

1    It is further ordered that that, pursuant to Federal Rule of Civil Procedure 25(d), Nethanjah Breitenbach is substituted for Fernandeis Frazier as the respondent warden. The Clerk of the Court is directed to update the docket to reflect this change.

DATED THIS 1st day of May, 2023.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE